UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GREGORY L. JURIN, | No. C 14-02882 LB |
| Plaintiff, | **ORDER** |
| v. | ECF Nos. 10, 17 |
| TRANSAMERICA LIFE INSURANCE COMPANY, et al., | |
| Defendants. | |

This case is one of two related actions seeking a determination as to Gregory Jurin's entitlement to long-term care benefits under the same insurance policy that was issued by Transamerica Life Insurance Company along with related claims for relief. On April 23, 2014, Transamerica filed the first suit in this court against Defendants Mr. Jurin and James P. McCrea alleging fraud and conspiracy and seeking declaratory relief. *See* Complaint, *Transamerica Life Insurance Company v. Jurin*, No. C 14-01881 LB, ECF No. 1 ("Transamerica I"). Mr. Jurin and Mr. McCrea filed a motion to dismiss the Complaint on June 6, 2014, which the court denied. Motion to Dismiss, ECF No. 11; Order, ECF No. 34.

On May 27, 2014, Mr. Jurin filed a separate suit against Transamerica and Mohinder Nijjar, M.D. in Alameda County Superior Court for causes of action arising out of the same insurance policy. *See* Notice of Removal, *Jurin v. Transamerica Life Insurance Company*, No. C 14-02882

C 14-02882
ORDER

1  LB, ECF No. 1 ("Transamerica II").  Mr. Jurin's Complaint alleges causes of action for breach of
2  contract and breach of the implied covenant of good faith and fair dealing against Transamerica, and
3  a separate cause of action for battery against Dr. Nijjar.  *Id.*  Transamerica removed that action to
4  this court based on diversity jurisdiction and answered the Complaint.  *Id.*; Answer, ECF No. 5.  On
5  July 3, 2014, Dr. Nijjar filed a motion to dismiss the Complaint.  Motion to Dismiss, ECF No. 10.
6  He noticed the motion hearing for August 7, 2014.  *Id.*  On July 18, 2014, Mr. Jurin filed an
7  amended motion to remand to state court.  Motion to Remand, ECF No. 17.  Mr. Jurin noticed the
8  motion to remand hearing for September 4, 2014.  *Id.*

After removal, Transamerica II was originally assigned to Magistrate Judge Jacqueline Corley.  *See generally* Docket.  The case was later reassigned to the undersigned on July 18, 2014.  *See id*.  Since then, the parties have not re-noticed the pending motions.  As mentioned previously, there are currently two motion hearings noticed for different dates – a motion to dismiss hearing on August 7, 2014, and a motion to remand hearing on September 4, 2014.  *See* ECF Nos. 10, 17.  For the sake of efficiency, the court sets the motion to dismiss hearing to coincide with the motion to remand hearing scheduled for September 4, 2014.

For the foregoing reasons, the court **CONTINUES** the motion to dismiss hearing noticed for August 7, 2014 to September 4, 2014 at 9:30 a.m. to coincide with the motion to remand hearing.

**IT IS SO ORDERED.**

Dated: July 25, 2014

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California